United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-2125
_____

Nico Redding,                                    *
                                                 *
            Appellant,                           *
                                                 *
Anthony B. Hale,                                 *
                                                 *   Appeal from the United States
            Plaintiff,                           *   District Court for the
                                                 *   District of Minnesota.
      v.                                         *
                                                 *   [UNPUBLISHED]
I.D.D.S. World Communications;                   *
U.S. West Communications;                        *
Ron James; Ruth Ziggin Wallen,                   *
                                                 *
            Appellees.

_____

Submitted:  July 7, 1997
Filed: July 11, 1997
_____

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.
_____

PER CURIAM.

Nico Redding, a Minnesota inmate, appeals the District Court's[1] grant of summary judgment to defendants in his 42 U.S.C. § 1983 (1994) action. Having reviewed the record and the parties' briefs, we conclude the judgment of the District Court was correct. Accordingly, we affirm. See 8th Cir. R. 47B. We deny Redding's motion for appointment of counsel.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.